orROBERT L. ESENSTEN (Bar No. 65728)     JS-6
resensten@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
gscarlett@wccelaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
jesensten@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiff,
SONYA PERRY and the Putative Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONYA PERRY, on behalf of herself and others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BMW of NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | CASE NO. CV12-7129 PA (SHx)<br><br>**PUTATIVE CLASS ACTION**<br><br>Assigned to the Honorable Percy Anderson<br>Courtroom 15<br><br>**ORDER RE: PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.Civ.P. 41(a)**<br><br>Complaint Filed: 8/17/2012 |

1039538.1      CV12-7129 PA (SHx)

**[PROPOSED] ORDER RE:
PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.Civ.P. 41(a)**

Having received the Notice of Voluntary Dismissal filed by Plaintiff Sonya Perry pursuant to Federal Rule of Civil Procedure § 41(a):

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, without prejudice, as to all defendants.

Dated: <u>November 8</u>, 2012

_____
JUDGE PERCY ANDERSON

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1039538.1                     1                     CV12-7129 PA (SHx)
**[PROPOSED] ORDER RE:**
**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.Civ.P. 41(a)**